## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 174 WAL 2023
                                                    :
          Respondent                           :
                                                    :    Petition for Allowance of Appeal
                                                    :    from the Order of the Superior Court
          v.                                       :
                                                    :
                                                    :
JOSEPH OLINSKY, III,                      :
                                                    :
          Petitioner                             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 3rd day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

Justice McCaffery did not participate in the consideration or decision of this matter.